UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ORTEGA, on behalf of himself and all others similarly situated,

          Plaintiff,

-v-

MAKEY MAKEY LLC,

          Defendant.

CIVIL ACTION NO.: 21 Civ. 10986 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant's request for a settlement conference and an adjournment <u>sine die</u> of its deadline to respond to the Complaint. (ECF No. 13 (the "Letter-Motion")). The Letter-Motion does not state Plaintiff's position as to either request. Accordingly, the parties shall meet and confer and, by **April 15, 2022**, file a joint letter (the "Joint Letter") indicating (i) whether they would like the Court to conduct a settlement conference in May and, if so, (ii) whether Plaintiff consents to adjourning Defendant's answer deadline pending the outcome of the settlement conference. Defendant's deadline to respond to the Complaint is HELD IN ABEYANCE pending the Court's receipt of the Joint Letter.

Dated:     New York, New York
          April 8, 2022

                                        SO ORDERED.

                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**