

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

April 12, 2022

<u>VIA ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Ortega v. Makey Makey LLC.*, <u>Case No. 1:21-cv-10986</u>

Dear Judge Cave:

We represent plaintiff Juan Ortega ("Plaintiff") in the above-referenced matter. We write, together with counsel for defendant Makey Makey LLC ("Defendant"), in response to the Court's April 8, 2022 Order concerning a potential settlement conference. (Docket No. 14). To accommodate travel this week for counsel on both sides, the parties respectfully request a two-week adjournment of their deadline to submit their joint letter concerning the potential settlement conference with a corresponding extension of time for Defendant to respond to Plaintiff's complaint.

Respectfully submitted,
*/s/ Edward Y. Kroub*
Edward Y. Kroub, Esq.


*/s/ Sarah E. Bell*
Sarah E. Bell, Esq.

---

The parties' requested extension (ECF No. 15) is GRANTED.  By **April 29, 2022**, the parties shall file a joint letter (the "Joint Letter") indicating (i) whether they would like the Court to conduct a settlement conference in May and, if so, (ii) whether Plaintiff consents to adjourning Defendant's answer deadline pending the outcome of the settlement conference.  Defendant's deadline to respond to the Complaint remains HELD IN ABEYANCE pending the Court's receipt of the Joint Letter.

The Clerk of Court is respectfully directed to close ECF No. 15.

SO ORDERED      4/13/2022

*[signature]*
SARAH L. CAVE
United States Magistrate Judge